UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAIN COLLINS,

       Plaintiff,                                  Case No.: 6:21-cv-00755-CEM-GJK

v.

MALWAREBYTES INC.,

       Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, ALAIN COLLINS ("Plaintiff"), pursuant to the Order dated May 14, 2021, by and through his undersigned attorneys, hereby discloses the following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**ALAIN COLLINS**
c/o Sikes Law Group, PLLC
310 S. Dillard St.
Suite 120
Winter Garden, FL 34787

**BRAD JUSTAK**
c/o Malwarebytes Inc.
3979 Freedom Circle
12th Floor
Santa Clara, CA 95054

**ED A. BROWN**
c/o Malwarebytes Inc.
3979 Freedom Circle
12th Floor
Santa Clara, CA 95054

**KIMBERLY J. DOUD, ESQ.**
111 North Orange Avenue
Suite 1750
Orlando, Florida 32801

**LITTLER MENDELSON, P.C.**
111 North Orange Avenue
Suite 1750
Orlando, Florida 32801

**MALWAREBYTES INC.**
c/o Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1750
Orlando, Florida 32801

**RICHARD S. LARSON, ESQ.**
310 S. Dillard St.
Suite 100
Winter Garden, FL 34787

**RICK LARSON LAW**
310 S. Dillard St.
Suite 100
Winter Garden, FL 34787

**RONALD W. SIKES, ESQ.**
310 S. Dillard St.
Suite 120
Winter Garden, FL 34787

**SIKES LAW GROUP, PLLC**
310 S. Dillard St.
Suite 120
Winter Garden, FL 34787

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None.**

WE HEREBY CERTIFY that, except as disclosed above, we are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

/s/ Richard S. Larson_____
RICHARD S. LARSON, ESQUIRE
Florida Bar No.: 0962961
RICK LARSON LAW
310 South Dillard Street, Suite 100
Winter Garden, Florida 34787
Telephone: (407) 877-7115
Facsimile No.: (407) 877-6970
Email(s): ricklarsonlaw@gmail.com
Co-Counsel for Plaintiff

/s/ Ronald W. Sikes_____
RONALD W. SIKES, ESQUIRE
Florida Bar No.: 231428
SIKES LAW GROUP, PLLC
310 South Dillard Street, Suite 120
Winter Garden, Florida  34787
Telephone:    (407) 877-7115
Facsimile No.: (407) 877-6970
Email(s): rsikes@sikeslawgroup.com
            abent@sikeslawgroup.com
            rhassett@sikeslawgroup.com
            mrosales@sikeslawgroup.com
Co-Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 25th day of May, 2021 to:

**KIMBERLY J. DOUD, ESQ.**
111 North Orange Avenue
Suite 1750
Orlando, Florida 32801
kdoud@littler.com

/s/ Richard S. Larson_____          /s/ Ronald W. Sikes_____
RICHARD S. LARSON, ESQUIRE          RONALD W. SIKES, ESQUIRE